UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOEL EVERETT KISSLER, | CASE NO. 3:15-CV-05859-BHS-DWC |
| Petitioner, | ORDER |
| v. | |
| MARGRET GILBERT, | |
| Respondent. | |

Petitioner, a *pro se* prisoner housed at Stafford Creek Corrections Center, has filed a Motion to Waive Compliance with General Order 02-15. Dkt. 2. Petitioner states he wants to receive service through first class mail only, but provides no explanation in support of his request. *Id.* General Order No. 02-15 states:

1. The E-Filing Pilot Project includes all prisoner civil rights and habeas corpus cases brought under 42 U.S.C. § 1983, 28 U.S.C. §§ 2241, 2254, or 2255.
2. Participation in the E-Filing Pilot Project is **mandatory** for all prisoner litigants incarcerated at the Washington State Penitentiary ("WSP") and Stafford Creek Corrections Center ("SCCC").

General Order No. 02-15 (emphasis in original).

ORDER - 1

1  Petitioner's participation in the E-filing Project is mandatory. Therefore, Petitioner's
2  Motion to Waive Compliance with General Order 02-15 is denied. The Clerk is directed to
3  provide Petitioner with a copy of General Order No. 02-15.
4  Dated this 30th day of November, 2015.

David W. Christel
United States Magistrate Judge

ORDER - 2